USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/7/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

LEWIS LI and PEI HUI QU,

                Defendants.

---

7:25-mj-00383

ORDER

NELSON S. ROMÁN, United States District Judge:

    On February 6, 2025, United States Magistrate Judge Victoria Reznik, ordered that the defendants be released to reside in the Eastern District of New York. As conditions of the defendants' release, Judge Reznik ordered that each be subject to a secured bond cosigned by two financially responsible persons, on home incarceration enforced by electronic monitoring, and subject to Pretrial Services' review of the defendants' electronic devices, as well as other standard conditions of pretrial release. Judge Reznik also ordered that the defendants remain detained until all conditions of their bail—including the commencement of Pretrial Services' monitoring of the defendants' electronic devices—are met.

    On February 7, 2025, the Government submitted a letter motion to this Court seeking to appeal the magistrate's judge determination, asking it to revoke Judge Reznik's release order pursuant to 18 U.S.C. § 3145(a)(1), because the defendants are each a risk of flight and a danger to the community. (ECF. No. 4.) The defendants are currently detained as they have yet to satisfy the conditions of their bail.

    The Court has not received any opposition to a stay of bail conditions set by the magistrate judge pending resolution of the government's appeal before this Court. Accordingly, the Court

hereby GRANTS the Government's request to stay defendants' release on bail pending appeal. It is the Court's understanding that defense counsel is not available until after Wednesday, February 12, 2025. Accordingly, the parties are directed to appear before the Court for a *de novo* bail review hearing on Thursday, February 13, 2025 at 3:00 P.M.

    SO ORDERED

Dated: February 7, 2025
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge