LAW OFFICES OF
# JEFFREY LICHTMAN
441 LEXINGTON AVENUE
SUITE 504
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

**MEMO ENDORSED**

February 11, 2025

**Deft Qu's (02) request to reschedule the De Novo Bail Review from Feb. 13, 2025 to Feb. 14, 2025 at 10:15 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 10.**
**Dated: White Plains, NY**
            **February 11, 2025**

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**BY ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    <u>United States v. Li et al.</u>, 25 MJ 383 (SDNY) -02

Dear Judge Román:

    I am writing on behalf of defendant Pei Qu to respectfully request that the bail review hearing presently set for February 13, 2025 in the above-referenced case be rescheduled for the following day at 10:15 a.m., which I am informed is convenient for both the Court and the government. The reason for this request is that I have a preexisting conflict that will have me out of state on the presently scheduled date.

    Thank you for the Court's consideration of this application.

Respectfully submitted,

Jeffrey Einhorn

cc:    Benjamin Levander, Esq.
       Jorja Knauer, Esq.
       Assistant United States Attorneys (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2025